USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-12-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JULIE MAURY

               Plaintiff,

    - against -

VENTURA IN MANHATTAN, INC. and
FAIRWAY EAST 86TH STREET LLC,

               Defendants.

------------------------------------------------------------X

18-CV-7496 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 29, 2020, Defendant Fairway East 86th Street LLC filed a notice of pending bankruptcy. (Dkt. 54.) The Court then requested the parties to meet and confer and apprise the Court of their position(s) regarding what affect the bankruptcy and its automatic stay with respect to Fairway has, if any, on this case. The parties disagree on that question.[1]

The Court finds that the outcome of the case as to Venture potentially could have an adverse impact on the bankrupt estate. Accordingly, this case is stayed. The parties shall apprise the Court of the bankruptcy action's status on or about April 12, 2020 and every two months thereafter. If, however, the bankruptcy action comes to a juncture where a party believes the stay should be lifted, they may make an application to the Court in that regard.

---

[1] The Court finds Plaintiff's letter dated February 7, 2020 (Dkt. 56) deceptive, by implying that the submission was on behalf of both Plaintiff and Ventura. Plaintiff counsel shall take greater care in the future to be more precise in its communications with the Court. Plaintiff counsel also shall make sure to complete their meet and confer obligations in all instances. Failure to comply may result in imposition of sanctions.

1

Dated:   February 12, 2020
         New York, New York

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.