# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022
```

August 8, 2022

Via ECF
The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court

    **Re:**    *Julie Maury v. Ventura In Manhattan, Inc. and VSM NY Holdings LLC*

        **Docket No. 1:18-cv-07496 (RWL)**

Dear Judge Lehrburger:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to restore this action to September 9, 2022. The reason for this request is because the parties are very close to finalizing the settlement agreement and need the additional time to finalize. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

SO ORDERED:

_____ 8/8/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE