Defendants' 2022-07-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE MAURY,<br><br>                             Plaintiff,<br><br>-against-<br><br>VENTURA IN MANHATTAN, INC. and VSM NY HOLDINGS LLC,<br><br>                            Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses to any party.

Dated: New York, New York
       August ___, 2022

**PARKER HANSKI LLC**

By: _____
Glen H. Parker, Esq.
*Attorneys for plaintiff Julie Maury*
40 Worth Street, Suite 602
New York, New York 10013
Tel.: (212) 248-7400
ghp@parkerhanski.com

**OLSHAN FROME WOLOSKY LLP**

By: _____
K. C. Bisceglie, Esq.
*Attorneys for defendant VSM NY Holdings LLC*
1325 Avenue of the Americas
New York, New York 10019
Tel.: (212) 451-2300
kbisceglie@olshanlaw.com

1" = "1" "6358049-4" "" 6358049-4

2

                                                    **KAUFMAN DOLOWICH & VOLUCK LLP**

By: *[signature: Reshma Khanna]*

                                                     Reshma Khanna, Esq.
*Attorneys for defendant*
*Ventura In Manhattan, Inc.*
245 Main Street, Suite 330
White Plains, New York 10601
Tel.: (914) 989-0496
rkhanna@kdvlaw.com

4877-3503-9278, v. 1

2

1" = "1" "6358049-4" "" 6358049-4